IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY A. COSTANZO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CV 19–154–M–DLC<br><br><br><br>ORDER |

　　　Before the Court is the parties' Stipulation to Dismiss. (Doc. 16.) The parties have stipulated for the dismissal of the above-captioned action with prejudice with each party paying its own fees and costs. (*Id.* at 2.) The Federal Rules of Civil Procedure authorize a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice, with each party to bear its own fees and costs.

　　　The Clerk of Court is directed to close the case file.

　　　DATED this 18th day of November, 2020.

*[signature]*
Dana L. Christensen, District Judge
United States District Court

1